UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Maxie,
    *Plaintiff,*

v.

OSL Retail Services,
    *Defendant.*

No. 22-cv-1294 (JBA)

**ORDER OF DISMISSAL ON REPORT OF SETTLEMENT**

Counsel reported that this matter has been settled and that no further action is required. This case will now be dismissed.

If the parties wish to file a stipulation of dismissal (for approval by the court or for inclusion in the Court's file), they may move to re-open the case by June 20, 2023.

Request to extend this date may be made by motion filed under D. Conn. L. Civ. R. 7(b)(2).

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 5th day of May 2023.